**Duncan DAVIS, Appellant,**

v.

**UNITED STATES of America.**

**No. 16968.**

United States Court of Appeals
Eighth Circuit.

Jan. 30, 1962.

Morris A. Shenker, St. Louis, Mo., for appellant.

D. Jeff Lance, U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed on motion of appellee